# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erna Marie Salazar, | No. CV-17-00099-TUC-CKJ (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Hercules Tire & Rubber Company, et al., | |
| Defendants. | |

On January 22, 2020 Magistrate Judge Leslie A. Bowman issued a Report and Recommendation (Doc. 95) in which she recommended the Court enter an order granting Defendant Shangdong Yongsheng Rubber Group Company's Motion to Dismiss.

The Report and Recommendation advised the parties that any party may serve and file written objections within fourteen (14) days of being served with a copy of the Report and Recommendation. No objections have been filed within the time provided by Fed. R. Civ. P. 72(b)(2).[1]

After an independent review, the Courts finds it appropriate to adopt the Report and Recommendation and grant Defendant Shangdong Yongsheng Rubber Group Company's

---

[1] The standard of review that is applied to a magistrate judge's report and recommendation is dependent upon whether a party files an objection – the Court need not review portions of a report to which a party does not object. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). Nonetheless, "while the statute does not require the judge to review an issue de novo if no objections are filed, it does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Thomas*, 474 U.S. at 154.

Motion to Dismiss. (Doc. 54).

Accordingly, IT IS ORDERED:

1. The Report and Recommendation (Doc. 95) is **adopted**.
2. Defendant Shangdong Yongsheng Rubber Group Company's Motion to Dismiss (Doc. 54) is **granted**.
3. Shangdong Yongsheng Rubber Group Company is dismissed as a party in this case.

Dated this 21st day of February, 2020.

Honorable Cindy K. Jorgenson
United States District Judge